# In the Name of Allah, the Beneficent the Merciful

Surah-33-Ayat 35

Surely the men who submit and the women who submit, and the believing men and the believing women, and the obeying men and the obeying women and the truthful men and the truthful women, and the patient men and the patient women, and the humble men and the humble women, and the charitable men and the charitable women, and the fasting men and the fasting women, and the men who guard their chastity and the women who guard, and the men who remember Allah much and women who remember, Allah has prepared for them forgiveness and a mighty reward.

Daniel-Chapter 7- Verse 9

I beheld till the thrones were cast down and the ancient of days did sit, whose garment was white as snow, and the hair of his head was like pure wool, his throne was like the fiery flame, and its wheels as burning fire.

A constitution is a social contract in theory and in fact it entails a fiduciary relationship between the citizens and the government that they chose. The original United States constitution was the articles of confederation. It was drafted by the second continental congress from mid-1776 through late 1777, and ratification by all 13 states was completed by early 1781. However, in 1787 the constitution that stands today recorded black people as 3/5 of a human being. The Fourteenth (14th) amendment to the U.S Constitution was supposed to abrogate that clause on July 9, 1868 however after 153 years systemic racism is still a fact in America and Black Citizens are, at this late date still being treated as second and third class citizens. The time has

come for Black people the descendants of slaves to dissolve our relationship and so-called citizenship with this nation after 466 years of the worst treatment any human beings have ever suffered in the annals of human history. Refer to the document filed on July 10, 2020 in the United States District Court for the Western District of Pennsylvania subsequently dropped on January 22nd 2021 Lutfee Abdul-Waalee- V- Donald J. Trump is a true history of the events that have shaped the relationship between black and white people if we had the opportunity to ask the spirit of George Floyd, Ahmaud Arbery and Breonna Taylor why is your physical body rotting in the grave they would undoubtedly have to say. Because of the color of my skin. If a man and a woman can be tortured and murdered simply because of the color of their skin in a so- called civilized society, something is definitely wrong with that nation. What is wrong is the same thing that was wrong in 1555 when the first men and women were kidnapped from their native land and made slaves. We are at the end of a journey and the end of the world of Satan. The scriptures are being fulfilled as we speak or write the time that the Prophets prophesized about is here.

As-Salaam-Alakum

Peace Be unto You

Lutfee Abdul-Waalee

*Lutfee Abdul-Waalee*
5/13/2021